IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
THOMASVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : 6:05-CR-16 |
| MARTIN HARRELL, | : |
| Defendant. | : |

**ORDER TEMPORARILY STAYING ORDER OF PRE-TRIAL RELEASE**

The Court having received certain information and facts subsequent to the entry of the Order Setting Conditions for Pre-Trial Release entered herein on July 25, 2005, which may well require the said order to be altered or withdrawn in lieu of and Order of Detention, the said order is hereby **STAYED** until further order of this court.

SO ORDERED, this 4th day of August 2005.

/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE